```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                          PLAINTIFF/RESPONDENT

    v.                       Civil No. 10-2128
                         Crim. No. 04-20067

MATHEW MEYER, also known as
MATHEW SALEM                                      DEFENDANT/PETITIONER

## ORDER

Now on this 22nd day of November 2010, there comes on for consideration the Report and Recommendation filed herein on October 15, 2010, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 65). Also before the Court are Petitioner's Objections (Doc. 66).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 62) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge